**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____District of Wyoming_____

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    S.S.O. Capital Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    4 5 – 5 6 3 2 9 5 6

**4. Debtor's address**

**Principal place of business**

30 N Gould St Ste R
Number    Street

Sheridan, WY 82801-6317
City    State    ZIP Code

Sheridan
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City    State    ZIP Code

**5. Debtor's website (URL)**    _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor  S.S.O. Capital Inc.                                                                 Case number *(if known)* _____
        Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | 5  2  3  9 |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☑ Chapter 7 |
| | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No |
|---|---|
| If more than 2 cases, attach a separate list. | ☐ Yes.  District _____  When _____ Case number _____ |
| | MM / DD / YYYY |
| | District _____  When _____ Case number _____ |
| | MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No |
|---|---|
| List all cases. If more than 1, attach a separate list. | ☐ Yes.  Debtor _____  Relationship _____ |
| | District _____  When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor   S.S.O. Capital Inc.                                    Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City                                    State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name    _____<br>         Phone           _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000                        ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  S.S.O. Capital Inc.  Case number *(if known)* _____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM/ DD/ YYYY

X _____    Printed name _____
Signature of authorized representative of debtor

Title _____

**18. Signature of attorney**

X      /s/ Boyd O Wiggam      Date  03/01/2022
Signature of attorney for debtor          MM/ DD/ YYYY

Boyd O Wiggam
Printed name

Olsen Legal Group, LLC
Firm name

204 East 22nd Street
Number    Street

Cheyenne          WY        82001
City             State      ZIP Code

(307) 414-8385           boyd@olsenlegalgroup.com
Contact phone            Email address

6-4059               WY
Bar number           State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **4**

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF WYOMING
CHEYENNE DIVISION**

IN RE: **S.S.O. Capital Inc.**                                                                 CASE NO

                                                                           CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____03/01/2022_____    Signature _____
                                                                                            Authorized Signer

Adriana E. Reza, Esq.
Po Box 17205
Anaheim, CA 92817-7205

Albert Chcoury
1665 E 7th St Apt 4B
Brooklyn, NY 11230-7008

Brandon Jeremia Querin
24130 Turkey Rd
Sonoma, CA 95476-9759

California Franchise Tax Board
Business Entity Bankruptcy MS A345
PO Box 2952
Sacramento, CA 95812-2952

Clerk of the Circuit Court
Okaloosa County, Florida
101 E James Lee Blvd
Crestview, FL 32536-3501

Costal Investment Partners, LLC
c/o Byrd Campbell, P.A.
180 N Park Ave Ste 2a
Winter Park, FL 32789-7401

David Norton
Po Box 388
Palmer, AK 99645-0388

Edmond Moriniere
912 Dryden Ave Unit B
Copperas Cove, TX 76522-1338

First Judicial Circuit Court of
Florida
Trial Court Administrator
190 W Government St
Pensacola, FL 32502-5773

Four Thirteen, LLC
109 E 17th St Ste 450
Cheyenne, WY 82001-4543

Four Thirteen, LLC
c/o Registered Agents Of Wyoming, LLC
400 E 20th St
Cheyenne, WY 82001-3708

Hathaway & Kunz, LLP
c/o Matthew D. Kaufman, Esq.
Po Box 1208
Cheyenne, WY 82003-1208

Impacted, LP
10869 N Scottsdale Rd
Scottsdale, AZ 85254-5280

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Jennifer Hardister
24130 Turkey Rd
Sonoma, CA 95476-9759

Joshua Wearmouth
2136 Loggia
Newport Beach, CA 92660-9038

Laramie County Dist Court Clerk
309 W 20th St # 3205
Cheyenne, WY 82001-3601


Larry Stephens
4925 Northwind Ct N
Keizer, OR 97303-6312


Michael Hardister, Jr
24130 Turkey Rd
Sonoma, CA 95476-9759


Michael James Hardister, III
24130 Turkey Rd
Sonoma, CA 95476-9759


Quantum PR LLC
PO Box 388
Palmer, AK 99645-0388


Ron Meyers
31587 Via Cruzada
San Juan Capistrano, CA 92675-3331


Sion Trading Fze.
c/o Max Warren Barber
Po Box 9108
Salt Lake Cty, UT 84109-0108


Wyoming Department of Revenue
Herschler Building East
122 W 25th St Ste E301
Cheyenne, WY 82001-3004