FILED

10:45 am, 5/2/22

Tim J. Ellis
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | Case No. 22-20052 |
| | Chapter 7 |
| S.S.O. CAPITAL INC. | |
| Debtor | |

## ORDER SCHEDULING PRELIMINARY AND EVIDENTIARY HEARINGS ON THE MOTION FOR RELIEF FROM STAY FILED BY TRUSTEE AND FOUR THIRTEEN, LLC

IT IS ORDERED, due to the court's docket, a non-evidentiary preliminary hearing on the Motion for Relief from Stay filed by the Chapter 7 Trustee and Four Thirteen, LLC (ECF No. 17) and Debtor's objection (ECF No. 19), is HEREBY SCHEDULED to be heard on **May 11, 2022 at 9:30 a.m.** or as soon thereafter as counsel can be heard, by **TELEPHONE CONFERENCE**. Parties to a scheduled teleconference hearing are responsible to call the Court to participate in the hearings. **Five minutes before the scheduled hearing time parties shall call 1-877-336-1828, the Access Code is 9560822.** Hearings may be a stacked setting or overlap. In those circumstances, please remain silent until your case is called. The courtroom deputy will take roll call prior to the hearings.

IT IS FURTHER ORDERED that if the matter is set over for an evidentiary hearing, that hearing is HEREBY SCHEDULED to be heard on **June 9, 2022 at 9:30 a.m.** in the United States Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming. A party requesting participation by video conferencing shall refer to Local Bankruptcy Rule 9074-2.

On or before **May 31, 2022,** any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. Exhibits shall be electronically submitted through the Court's CM/ECF system by following the Electronic Evidence Procedures Frequently Asked Questions (FAQs) located at www.wyb.uscourts.gov. Counsel should retain original exhibits for introduction at the hearing if necessary. The Court will not have exhibits available for the parties' use. Electronic filing of the exhibits shall be considered service on all parties receiving electronic notice. Objections to exhibits requiring presentation of an original document must be filed three days prior to hearing.

Pro se parties may submit his/her schedule and **three** copies **(indexed and bound)** of the proposed exhibits to the U.S. Bankruptcy Clerk's Office, 2120 Capitol Avenue, Suite 6004, Cheyenne, Wyoming 82001.

Parties with witnesses testifying by video conference are responsible to ensure witnesses at remote locations receive ALL exhibits in order to testify.

The Court requests the parties be prepared for the admission of uncontested exhibits as a preliminary matter at the evidentiary hearing.

IT IS FURTHER ORDERED that the automatic stay under Section 362 of the Bankruptcy Code shall remain in effect until the conclusion of this final hearing.

BY THE COURT

5/2/2022

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
    Boyd Wiggam
    Dylan Crouse
    Randy Royal