IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re:  
    S.S.O. CAPITAL, INC.

Case No. 22-20052

Debtor(s)

## ORDER DISMISSING CASE

THIS MATTER comes before the Court on the motion of the duly appointed and acting Trustee. The Court having reviewed that motion, and no response having been filed by the debtor or any party in interest and from that motion it appearing to the Court that within the provisions of 11 U.S.C. 707 cause has been shown for dismissal of this case based on debtor's failure or refusal to comply with an Order of this Court and to respond to the reasonable requests of the trustee as a result of which there has been unreasonable delay in case administration to the prejudice of the Trustee, the estate and its creditors, warranting dismissal, it is,

THEREFORE ORDERED that this case should be and is hereby dismissed.

BY THE COURT:

_/s/ Cathleen D. Parker_  11/1/2022

CATHLEEN D. PARKER  
UNITED STATES BANKRUPTCY JUDGE